**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Elias GOMEZ–SERRANO, aka Raul Romero–Gomez, aka Francisco Gonzalez–Garcia, aka Jose Arzate–Osorio, aka Elias Serrano–Gomez, aka Ramiro Pineda–Gomez, Defendant—Appellant.**

**No. 01–50185.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 22, 2002.*

Decided Aug. 1, 2002.

Before: BROWNING, KOZINSKI, and BERZON, Circuit Judges.

MEMORANDUM **

Elias Gomez–Serrano appeals from his guilty plea conviction and sentence for being an illegal alien found in the United States following deportation, in violation of

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

8 U.S.C. § 1326. Gomez–Serrano's counsel has filed a motion pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), stating there are no arguable issues for review and seeking to withdraw as counsel of record. Gomez–Serrano has not filed a pro se supplemental brief. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no issues for review. Counsel's motion to withdraw is GRANTED, and the district court's judgment is AFFIRMED.